PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. MICHAEL JUDD                    Docket No. 3:13-CR-0089-RCJ-VPC

Petition for Action on Conditions of Pretrial Release

COMES NOW JENNIFER SIMONE, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant MICHAEL JUDD, who was placed under pretrial release supervision by the Honorable WILLIAM G. COBB, in the Court at Reno, on September 16, 2013, on a personal recognizance bond, with the following conditions:

1.  Pretrial Services Supervision.
2.  Travel restricted to the state of Nevada, unless approved by Pretrial Services.
3.  Do not obtain a passport or travel document.
4.  Do not use a narcotic drug or any other controlled substance unless prescribed by a licensed medical practitioner.
5.  Submit to drug testing as directed by Pretrial Services.
6.  Do not possess any firearms or other dangerous weapons.
7.  No contact with any alleged victim and with any witness that may testify in this case.
8.  The defendant shall submit to the location monitoring program (Active GPS Monitoring - Home Detention).
9.  The defendant must not have access to computers, the Internet, world wide web, instant messaging or connecting devices at home; defendant is allowed to access computers at work for work purposes only.
10. The defendant must not possess any pornographic or erotic images, including movies, books, magazines, or any other such material.
11. The defendant is to have no contact with any minor children without adult supervision.

Respectfully presenting petition for action of Court and for cause as follows:

1.  Pretrial Services will need to remove the defendant's ankle monitor prior to his surrender to FCI Safford on October 14, 2014.

PRAYING THAT THE COURT WILL ORDER: The defendant's conditions of release be modified as follows: The location monitoring condition be removed no earlier than 24 hours prior to the defendant's established self-surrender date and that the defendant be ordered to report to Pretrial Services no earlier than 24 hours prior to self-surrender for removal of the equipment.

ORDER OF COURT

Considered and ordered this 2nd day of September, 2014, and ordered filed and made a part of the records in the above case.


_____
Honorable Robert C. Jones
United States District Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 2nd day of September, 2014.

Respectfully Submitted,


_____
Jennifer Simone
United States Pretrial Services Officer

Place: Reno, NV